United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MOTEL, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-04526-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 9 |
|---|---|

On October 1, 2017, Plaintiff filed a notice of settlement. (Dkt. No. 9.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: October 3, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge